# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL ALLISON,<br><br>　　　　Defendant. | No. 11-CR-3017-LRR<br><br>**ORDER** |

　　On May 18, 2011, a one-count Indictment (docket no. 4) was filed against Defendant Michael Allison, charging Defendant with conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846, 851. Defendant was arrested on July 30, 2019 in the United States District Court for the Southern District of California. *See* Rule 5(c)(3) Documents (docket nos. 167, 167-1). On September 17, 2019, Defendant appeared before United States Magistrate Judge Mark A. Roberts for his initial appearance and arraignment in the Northern District of Iowa. *See* September 17, 2019 Minute Entry (docket no. 170). On December 4, 2019, Defendant appeared before Judge Roberts and entered a plea of guilty to of the Indictment pursuant to a Rule 11(c)(1)(c) plea agreement. *See* December 4, 2019 Minute Entry (docket no. 181), Report and Recommendation (docket no. 183) at 4. On December 5, 2019, Judge Roberts filed a Report and Recommendation in which he recommended that the court accept Defendant's guilty plea.

　　The court does not accept 11(c)(1)(c) agreements except in extenuating circumstances, and then, only with advanced permission. The parties did not seek permission to enter into a Rule 11(c)(1)(c) agreement. Therefore, the court **REJECTS** Defendant's guilty plea pursuant to the Rule 11(c)(1)(c) plea agreement.

　　The trial set for **Monday, January 6, 2020** remains firm and the parties should be

prepared to go to trial on that date.

A Pretrial Conference is set for **Friday, December 20, 2019 at 11:00 a.m.** before the undersigned in Courtroom 1, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED.**

**DATED** this 6th day of December, 2019.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA